

# DONNA KING
### 26th District Judge
### Williamson County, Texas

June 4, 2015

Honorable Jeffrey D. Kyle, Clerk
Court of Appeals, Third District of Texas
PO Box 12547
Austin, Texas 78711
Via Email to clerk@3rdcoa.courts.state.tx.us

RE: Court of Appeals Number: 03-15-00244-CR
    Trial Court Case Number: 03-1063-K26

Style: Gregory Michael Klapesky V. The State of Texas

Dear Mr. Kyle:

    I am recently aware that Mr. Klapesky filed a request for DNA testing. I also understand that a notice of appeal was filed the same day and without the Court having ruled on the DNA testing request. Pursuant to Chapter 64 of the Texas Code of Criminal Procedure, the District Attorney's Office has been notified of Mr. Klapesky's request and will respond not later than August 3, 2015, at which time the Court will take further action as required.

    Please advise if there are any other matters that require action by this Court. Thank you.

Sincerely,

Donna King
Judge, 26th District Court

Office (512) 943-1226
Fax (512) 943-1188



WILLIAMSON
COUNTY
1848

405 S. Martin Luther King, Box 2
Georgetown, Texas 78626